[No. 28186-1-I.  Division One.  August 3, 1992.]

FRANK SVOBODA, ET AL, *Appellants*, v. JOSEPH W. VOEGTLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 88-2-00818-6, Stanley K. Bruhn, J., entered January 28, 1991. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Baker, JJ.

[No. 27428-7-I.  Division One.  August 3, 1992.]

JAMES SULLIVAN, ET AL, *Appellants*, v. JAMES NEWELL, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-02243-3, John F. Wilson, J., entered August 17, 1990. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Baker, JJ.

[No. 29099-1-I.  Division One.  August 3, 1992.]

*In the Matter of the Marriage of* MICHELLE DELYNN SEXTON, *Respondent, and* JOHN STERLING SEXTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-3-00510-2, Stuart C. French, J., entered August 23, 1991. *Remanded with instructions* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Coleman, J.